UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER MENZEL,

    Plaintiff,

v.

PEARSON EDUCATION, INC.,

    Defendant.

Case No. 16-cv-01949-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 27, 2017 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | January 31, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | September 30, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | June 30, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 1, 2017<br>Rebuttal: September 15, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 29, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | August 22, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 20, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 27, 2017 |
| PRETRIAL CONFERENCE: | Friday, November 3, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 28, 2017 at 8:30 a.m. for 10 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1 Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, October 27, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 14, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge