UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER MENZEL dba PETER MENZEL PHOTOGRAPHY,

        Plaintiff,

vs.

PEARSON EDUCATION, INC.,

        Defendant.

Case No. CV 4:16-cv-1949 YGR

ORDER GRANTING
**STIPULATION OF DISMISSAL**

Pursuant to Rule 4l(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed WITH PREJUDICE. The Parties are to bear their own costs and attorneys' fees.

DATED: October 13, 2016

| /s/*Christopher Seidman* | /s/ *David W. Marston* |
|---|---|
| Christopher Seidman (SBN 98884) | Derik J. Hilliard (SBN 293124) |
| Alex Rice Kerr (SBN 264821) | Michelle Park Chiu, State Bar No. 248421 |
| Amanda L. Bruss (SBN 246249) | Morgan, Lewis & Bockius LLP |
| Harmon & Seidman LLC | One Market, Spear Street Tower |
| 101 South Third Street, Suite 265 | San Francisco, CA 94105-1126 |
| Grand Junction, CO 81501 | Telephone: (415) 442-1000 |
| Telephone: (970) 245-9075 | Facsimile: (415) 442-1001 |
| Facsimile: (970) 245-8086 | derik.hilliard@morganlewis.com |
| chris@harmonseidman.com | michelle.chiu@morganlewis.com |

*Attorneys for Plaintiff Peter Menzel dba Peter Menzel Photography*

David W. Marston Jr.(admitted *pro hac vice*)
Karl A. Schweitzer (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
dmarston@morganlewis.com
kschweitzer@morganlewis.com

*Attorneys for Defendant Pearson Education, Inc.*

GRANTED
Judge Yvonne Gonzalez Rogers
10/13/16

STIPULATION OF DISMISSAL

Case No. 4:16-cv-1949 YGR

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I caused a true and correct copy of the foregoing pleading to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record, including:

> Derik J. Hilliard (SBN 293124)
> Michelle Park Chiu, State Bar No. 248421
> Morgan, Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> derik.hilliard@morganlewis.com
> michelle.chiu@morganlewis.com
>
> David W. Marston Jr.(admitted *pro hac vice*)
> Karl A. Schweitzer (admitted *pro hac vice*)
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-5000
> Facsimile: (215) 963-5001
> dmarston@morganlewis.com
> kschweitzer@morganlewis.com
>
> *Attorneys for Defendant Pearson Education, Inc.*

DATED: October 13, 2016             /s/   Alex Rice Kerr
                                    Harmon & Seidman LLC